No. 371, Misc. BOLDEN v. PEGELOW ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondents.

No. 421, Misc. READ v. COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.

No. 431, Misc. FOSTER v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Audrey Fox Anderson* for petitioner.

No. 433, Misc. NEWTON v. LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *C. F. Gravel, Jr.* for petitioner.

No. 447, Misc. FOSTER v. CALIFORNIA. District Court of Appeal of California. Certiorari denied. Petitioner *pro se. Roger Arnebergh, Philip E. Grey* and *Charles W. Sullivan* for respondent.

No. 469, Misc. JOHNSON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 470, Misc. BYBEE v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 473, Misc. WILLIAMS v. ECKLE, CORRECTIONAL SUPERINTENDENT. Supreme Court of Ohio. Certiorari denied.